■ Howard Swainson et al., Respondents, v Nathaniel Clee, Appellant. [693 NYS2d 848] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered on or about June 12, 1998, which, *inter alia*, denied defendant's motion to transfer venue to Westchester County pursuant to CPLR 504 (1), unanimously affirmed, without costs.

The IAS Court properly denied defendant's motion to transfer venue to Westchester County pursuant to CPLR 504 (1), since that statute exists for the benefit of a county or other governmental entity named as a defendant and not for the benefit of an individual litigant such as defendant (see, *Forteau v County of Westchester*, 196 AD2d 440). Westchester County is not a party to this action. Concur—Ellerin, P. J., Rosenberger, Williams, Andrias and Saxe, JJ.

■ Commission on the Public's Health System et al., Appellants, v New York City Health and Hospitals Corporation, Respondent. [690 NYS2d 425] —Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered September 18, 1997, unanimously affirmed, without costs or disbursements (see, *Council of City of N. Y. v Giuliani*, 93 NY2d 60). No opinion. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.